# AMENDED

## FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

AO 10
Rev. 1/2008

| 1. Person Reporting (last name, first, middle initial)  Jack, Janis G. | 2. Court or Organization  U. S. District Court | 3. Date of Report  7/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  1133 N. Shoreline Blvd. Room 321 Corpus Christi, TX 78401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2009 JUL 17 A 9: 37 RECEIVED

Jack_Janis_G

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 7/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | ███████ Medical Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tulane University | Feb. 14-17, 2008 | New Orleans, LA | Speak at MDL symposium | Transportation Reimbursement |
| 2. | American Conference Institute | June 24-25, 2008 | New York, NY | Speak at conference | Transportation and Lodging Reimbursement |
| 3. | Lawyers Assn of Kansas City | Nov. 5, 2008 | Kansas City, MO | Receive Award | Transportation and Lodging Reimbursement |
| 4. | American Conference Institute | Dec. 10-11, 2008 | New York, NY | Speak at conference | Transportation, Lodging and Meals Reimbursement |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 7/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 7/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FROST NATL. BANK | A | Interest | J | T | | | | | |
| 2. NAVY FEDERAL CREDIT UNION | A | Interest | J | T | | | | | |
| 3. PROSPERITY BANK formerly First Capital Bank | | None | | | Matured | 1-2 | K | | |
| 4. 2.587497% PARTNER, MEDICAL PLAZA ASSOC. P/S | D | Distribution | J | W | | | | | |
| 5. ██████████ PROFIT SHARING PLAN: | | | | | | | | | |
| 6. SHORT TERM PRIME-I | D | Dividend | M | T | | | | | |
| 7. MICROSOFT CORP WASHINGTON COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 8. PIMCO TOTAL RETURN FUND - A | A | Dividend | J | T | | | | | |
| 9. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 10. BB&T CORP COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 11. KRISPY KREME DOUGHNUTS COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 12. DISCOVER BK GREENWOOD CD | B | Interest | | | Matured | 4-30 | M | | |
| 13. FIRST BANK PR CD | B | Interest | | | Matured | 12-6 | L | | |
| 14. RG PREMIER BK P R HA CD | C | Interest | | | Matured | 4-30 | L | | |
| 15. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 16. AVATAR HOLDINGS INC. COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 17. BEAR STEARNS COMPANIES INC.COMMON STOCK | | None | | | Sold | 3-25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 7/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BOYD GAMING COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 19. BROOKLINE BANCORP INC. COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 20. CHITTENDEN CORP COMMON STOCK | | None | | | Sold | 4-30 | K | | |
| 21. COMPUTER ASSOC. INTL/CA INC COM STOCK/CA Inc. | | None | | | Sold | 8-28 | L | | |
| 22. EASTMAN KODAK CO. COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 23. FOREST CITY ENTERPRISES INC. CL A STOCK | | None | | | Sold | 7-30 | J | | |
| 24. GLACIER BANCORP COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 25. HARRAH'S ENTERTAINMENT INC. COMMON STOCK | | None | | | Sold | 4-30 | K | | |
| 26. HEARST-ARGYLE TELEVISION COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 27. HEWLETT PACKARD CO. COMMON STOCK | | None | | | Sold | 9-3 | L | | |
| 28. INTERNATIONAL GAME TECHNOLOGY COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 29. MGM MIRAGE INC. COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 30. MARCUS CORP COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 31. NOVELLUS SYSTEMS INC. COMMON STOCK | | None | | | Sold | 9-3 | K | | |
| 32. PROVIDENT NEW YORK BANCORP COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 33. STERLING FINANCIAL CORP COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 34. SYMANTEC CORP COMMON STOCK | | None | | | Sold | 9-3 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 7/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNIVERSAL HEALTH SERVICES CL ASS B STOCK | None | | | | Sold | 8-28 | K | | |
| 36. WEBSTER FINANCIAL CORP COMMON STOCK | None | | | | Sold | 6-10 | J | | |
| 37. AVID TECHNOLOGY INC.COMMON STOCK | None | | | | Sold | 8-28 | K | | |
| 38. BANK OF HAWAII CORP. COMMON STOCK | None | | | | Sold | 8-28 | K | | |
| 39. FIRST NIAGARA FINCL GROUP INC. COMMON STOCK | None | | | | Sold | 8-4 | J | | |
| 40. FULTON FINCL CORP. COMMON STOCK | None | | | | Sold | 8-28 | J | | |
| 41. HUNTINGTON BANCSHARES INC. COMMON STOCK | None | | | | Sold | 1-28 | J | | |
| 42. INTERNATIONAL BUSINESS MACHINES CORP. COMMON STOCK | None | | | | Sold | 9-3 | K | | |
| 43. JOHN WILEY & SONS INC. CL A STOCK | None | | | | Sold | 9-3 | K | | |
| 44. LEHMAN BROTHERS HOLDINGS INC. COMMON STOCK | None | | | | Sold | 1-24 | J | | |
| 45. NORTHERN TRUST CORP. COMMON STOCK | None | | | | Sold | 8-28 | K | | |
| 46. RAYMOND JAMES FINCL INC. COMMON STOCK | None | | | | Sold | 8-28 | K | | |
| 47. VALLEY NATIONAL BANCORP. COMMON STOCK | None | | | | Sold | 7-22 | J | | |
| 48. WINDSTREAM CORP. COMMON STOCK | None | K | T | | | | | | |
| 49. ASTA FDG INC. COMMON STOCK | None | | | | Sold | 8-28 | J | | |
| 50. AUTONATION INC COMMON STOCK | None | | | | Sold | 8-28 | J | | |
| 51. BEA SYSTEMS INC COMMON STOCK | None | | | | Sold | 5-1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 7/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BROADRIGE FINCL SOLUTIONS INC COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 53. CAPITAL CITY BK GROUP INC COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 54. FIRST CTZNS BANCSHARES CL A COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 55. HEALTH MGMT ASSOC INC NEW CL A | | None | | | Sold | 8-28 | J | | |
| 56. HEARST-ARGYLE TELEVISION INC C OMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 57. INDEPENDENT BK CORP MASS COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 58. INTERNATIONAL GAME TECHNOLOGY COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 59. MOTOROLA INC COMMON STOCK | | None | | | Sold | 9-3 | K | | |
| 60. OCEANFIRST FINANCIAL CORP COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 61. SHUFFLE MASTER INC COM STOCK | | None | | | Sold | 8-28 | J | | |
| 62. SPRINT NEXTEL CORP COM STOCK | | None | | | Sold | 8-28 | K | | |
| 63. TIBCO SOFTWARE INC COM STOCK | | None | | | Sold | 8-28 | K | | |
| 64. TRANE INC COM STOCK | | None | | | Sold | 4-30 | K | | |
| 65. WHITNEY HOLDING CORP COM STOCK | | None | | | Sold | 8-28 | K | | |
| 66. XEROX CORP COM STOCK | | None | | | Sold | 7-30 | J | | |
| 67. AMERICAN BEACON LG CAP INST | | None | L | T | Buy | 9-29 | L | | |
| 68. MAINSTAY LARGE CAP GROWTH FD I | | None | K | T | Buy | 9-29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Jack, Janis G. | . | 7/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. THORNBURG INTL VALUE FUND INST L CL * | | None | K | T | Buy | 9-29 | K | | |
| 70. THORNBURG VALUE FUND CLASS I* | | None | L | T | Buy | 9-29 | L | | |
| 71. PIMCO FOREIGN BD (USD HEDGED) - I NSTL * | | None | M | T | Buy | 9-30 | M | | |
| 72. VANGUARD SHORTTERM INV GRADE INSTL | | None | O | T | Buy | 9-2 | O | | |
| 73. PUTNAM US GOVT INC TR IRA FROST BROKERAGE SVCS: | | | | | | | | | |
| 74. PUTNAM INTL GROWTH FD CL A | | None | L | T | | | | | |
| 75. PUTNAM US GOVT INC TR IRA - FR OST BROKERAGE SVCS: | | | | | | | | | |
| 76. PUTNAM INTL GROWTH FD CL A | | None | K | T | | | | | |
| 77. CASH VALUE OF LIFE INSURANCE: | | | | | | | | | |
| 78. MUTUAL OF NEW YORK | A | Interest | K | T | | | | | |
| 79. MASSACHUSETTS MUTUAL | A | Dividend | J | T | | | | | |
| 80. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 81. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 82. FROST NATL BANK | B | Interest | | | Matured | 11-28 | K | | |
| 83. AMERICAN BANK | A | Interest | J | T | | | | | |
| 84. AMERICAN BANK | A | Interest | J | T | | | | | |
| 85. AMERICAN BANK | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 7/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AMERICAN BANK | A | Interest | | | Matured | 3-20 | J | | |
| 87. PRIME CARE IPA | | None | J | T | | | | | |
| 88. 9.428562% Int ▮▮▮▮▮CARD IOVASCULAR IMAGING,L.P. | C | Distribution | K | T | | | | | |
| 89. 9.524%INT▮▮ CARDIOVASCULAR IMAGING MGMT,L C | A | Interest | J | T | | | | | |
| 90. TRUST #1 - ▮▮▮▮▮▮▮ REAL ESTATE | D | Rent | | | Transferred (to line 105) | 8-17 | P1 | | |
| 91. VCSP/COLLEGE AMERICA - GROWTH FUND OF AMERICA | B | Dividend | K | T | | | | | |
| 92. VCSP/COLLEGE AMERICA INVEST MENT COMPANY OF AMERICA | B | Dividend | K | T | | | | | |
| 93. AMERICAN BANK | | None | J | T | | | | | |
| 94. FIRST NATL BANK | C | Interest | L | T | | | | | |
| 95. FIRST NATL BANK | A | Interest | J | T | | | | | |
| 96. FROST NATL BANK | A | Interest | J | T | | | | | |
| 97. AMERICAN BANK | A | Int./Div. | | | Matured | 4-20 | J | | |
| 98. AMERICAN PHYSICIANS SRVICE GR OUP INC. COM STOCK | A | Dividend | J | T | | | | | |
| 99. FROST NATL BANK | A | Dividend | J | T | | | | | |
| 100. VCSP/COLLEGE AMERICA GROWTH FUND OF AMERICA | A | Dividend | J | T | OPEN | 8-2 | J | | |
| 101. VCSP/COLLEGE AMERICA INVEST MENT COMPANY OF AMERICA | A | Dividend | J | T | OPEN | 8-2 | J | | |
| 102. NAVY FEDERAL CREDIT UNION | B | Interest | | | Matured | 5-30 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 7/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. EDUCATION TRUST #1 - REAL ESTATE ▇▇▇▇▇▇▇ | | None | K | W | Transferred (from line 105) | 8-17 | K | | |
| 104. EDUCATION TRUST #2 - REAL ESTATE ▇▇▇▇▇▇▇ | | None | K | W | Transferred (from line 105) | 8-17 | K | | |
| 105. ▇▇▇ REALTY LLC - REAL ESTATE ▇▇▇▇▇ | A | Rent | O | W | Transferred (from line 90) | 8-17 | P1 | | |
| 106. BANK OF AMERICA | | None | J | T | Open | 12-4 | J | | |
| 107. 2008 LIFETIME TRUST | | None | K | W | Transferred (from line 105) | 5-16 | K | | |
| 108. FROST BANK | A | Interest | J | T | Open | 5-30 | J | | |
| 109. FROST BANK | A | Interest | J | T | Open | 1-2 | J | | |
| 110. FROST BANK | A | Interest | J | T | Open | 1/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 7/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jack, Janis G. | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>05/07/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address<br><br>1133 N. Shoreline Blvd.<br>Room 321<br>Corpus Christi, TX 78401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/07/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Medical Practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Tulane University | Feb. 14-17, 2008 | New Orleans, LA | Speak at MDL symposium | Transportation Reimbursement |
| 2. American Conference Institute | June 24-25, 2008 | New York, NY | Speak at conference | Transportation and Lodging Reimbursement |
| 3. Lawyers Assn of Kansas City | Nov. 5, 2008 | Kansas City, MO | Receive Award | Transportation and Lodging Reimbursement |
| 4. American Conference Institute | Dec. 10-11, 2008 | New York, NY | Speak at conference | Transportation, Lodging and Meals Reimbursement |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Jack, Janis G. | - | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FROST NATL. BANK | A | Interest | J | T | | | | | |
| 2. NAVY FEDERAL CREDIT UNION | A | Interest | J | T | | | | | |
| 3. PROSPERITY BANK formerly First Capital Bank | | None | | | Matured | 1-2 | K | | |
| 4. 2.587497% PARTNER, MEDICAL PLAZA ASSOC. P/S | D | Distribution | J | W | | | | | |
| 5. ███████████ PROFIT S HARING PLAN: | | | | | | | | | |
| 6. SHORT TERM PRIME-I | D | Dividend | M | T | | | | | |
| 7. MICROSOFT CORP WASHINGTON CO MMON STOCK | | None | | | Sold | 8-28 | K | | |
| 8. PIMCO TOTAL RETURN FUND - A | A | Dividend | J | T | | | | | |
| 9. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 10. BB&T CORP COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 11. KRISPY KREME DOUGHNUTS COMMO N STOCK | | None | | | Sold | 8-28 | J | | |
| 12. DISCOVER BK GREENWOOD CD | B | Interest | | | Matured | 4-30 | M | | |
| 13. FIRST BANK PR CD | B | Interest | | | Matured | 12-6 | L | | |
| 14. RG PREMIER BK P R HA CD | C | Interest | | | Matured | 4-30 | L | | |
| 15. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 16. AVATAR HOLDINGS INC. COMMON ST OCK | | None | | | Sold | 8-28 | J | | |
| 17. BEAR STEARNS COMPANIES INC.COM MON STOCK | | None | | | Sold | 3-25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BOYD GAMING COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 19. BROOKLINE BANCORP INC. COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 20. CHITTENDEN CORP COMMON STOCK | | None | | | Sold | 4-30 | K | | |
| 21. COMPUTER ASSOC. INTL./CA INC COM STOCK/CA Inc. | | None | | | Sold | 8-28 | L | | |
| 22. EASTMAN KODAK CO. COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 23. FOREST CITY ENTERPRISES INC. CL A STOCK | | None | | | Sold | 7-30 | J | | |
| 24. GLACIER BANCORP COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 25. HARRAH'S ENTERTAINMENT INC. COMMON STOCK | | None | | | Sold | 4-30 | K | | |
| 26. HEARST-ARGYLE TELEVISION COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 27. HEWLETT PACKARD CO. COMMON STOCK | | None | | | Sold | 9-3 | L | | |
| 28. INTERNATIONAL GAME TECHNOLOGY COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 29. MGM MIRAGE INC. COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 30. MARCUS CORP COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 31. NOVELLUS SYSTEMS INC. COMMON STOCK | | None | | | Sold | 9-3 | K | | |
| 32. PROVIDENT NEW YORK BANCORP COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 33. STERLING FINANCIAL CORP COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 34. SYMANTEC CORP COMMON STOCK | | None | | | Sold | 9-3 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. UNIVERSAL HEALTH SERVICES CLASS B STOCK | | None | | | Sold | 8-28 | K | | |
| 36. WEBSTER FINANCIAL CORP COMMON STOCK | | None | | | Sold | 6-10 | J | | |
| 37. AVID TECHNOLOGY INC.COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 38. BANK OF HAWAII CORP. COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 39. FIRST NIAGARA FINCL GROUP INC. COMMON STOCK | | None | | | Sold | 8-4 | J | | |
| 40. FULTON FINCL CORP. COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 41. HUNTINGTON BANCSHARES INC. COMMON STOCK | | None | | | Sold | 1-28 | J | | |
| 42. INTERNATIONAL BUSINESS MACHINES CORP. COMMON STOCK | | None | | | Sold | 9-3 | K | | |
| 43. JOHN WILEY & SONS INC. CL A STOCK | | None | | | Sold | 9-3 | K | | |
| 44. LEHMAN BROTHERS HOLDINGS INC. COMMON STOCK | | None | | | Sold | 1-24 | J | | |
| 45. NORTHERN TRUST CORP. COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 46. RAYMOND JAMES FINCL INC. COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 47. VALLEY NATIONAL BANCORP. COMMON STOCK | | None | | | Sold | 7-22 | J | | |
| 48. WINDSTREAM CORP. COMMON STOCK | | None | K | T | | | | | |
| 49. ASTA FDG INC. COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 50. AUTONATION INC COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 51. BEA SYSTEMS INC COMMON STOCK | | None | | | Sold | 5-1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BROADRIGE FINCL SOLUTIONS INC COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 53. CAPITAL CITY BK GROUP INC COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 54. FIRST CTZNS BANCSHARES CL A COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 55. HEALTH MGMT ASSOC INC NEW CL A | | None | | | Sold | 8-28 | J | | |
| 56. HEARST-ARGYLE TELEVISION INC COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 57. INDEPENDENT BK CORP MASS COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 58. INTERNATIONAL GAME TECHNOLOGY COMMON STOCK | | None | | | Sold | 8-28 | K | | |
| 59. MOTOROLA INC COMMON STOCK | | None | | | Sold | 9-3 | K | | |
| 60. OCEANFIRST FINANCIAL CORP COMMON STOCK | | None | | | Sold | 8-28 | J | | |
| 61. SHUFFLE MASTER INC COM STOCK | | None | | | Sold | 8-28 | J | | |
| 62. SPRINT NEXTEL CORP COM STOCK | | None | | | Sold | 8-28 | K | | |
| 63. TIBCO SOFTWARE INC COM STOCK | | None | | | Sold | 8-28 | K | | |
| 64. TRANE INC COM STOCK | | None | | | Sold | 4-30 | K | | |
| 65. WHITNEY HOLDING CORP COM STOCK | | None | | | Sold | 8-28 | K | | |
| 66. XEROX CORP COM STOCK | | None | | | Sold | 7-30 | J | | |
| 67. AMERICAN BEACON LG CAP INST | | None | L | T | Buy | 9-29 | L | | |
| 68. MAINSTAY LARGE CAP GROWTH FD I | | None | K | T | Buy | 9-29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Jack, Janis G. | ` | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. THORNBURG INTL VALUE FUND INST L CL * | | None | K | T | Buy | 9-29 | K | | |
| 70. THORNBURG VALUE FUND CLASS I* | | None | L | T | Buy | 9-29 | L | | .. |
| 71. PIMCO FOREIGN BD (USD HEDGED) - INSTL * | | None | M | T | Buy | 9-30 | M | | |
| 72. VANGUARD SHORTTERM INV GRADE INSTL | | None | O | T | Buy | 9-2 | O | | |
| 73. PUTNAM US GOVT INC TR IRA FROST BROKERAGE SVCS: | | | | | | | | | |
| 74. PUTNAM INTL GROWTH FD CL A | | None | L | T | | | | | |
| 75. PUTNAM US GOVT INC TR IRA - FROST BROKERAGE SVCS: | | | | | | | | | |
| 76. PUTNAM INTL GROWTH FD CL A | | None | K | T | | | | | |
| 77. CASH VALUE OF LIFE INSURANCE: | | | | | | | | | |
| 78. MUTUAL OF NEW YORK | A | Interest | K | T | | | | | |
| 79. MASSACHUSETTS MUTUAL | A | Dividend | J | T | | | | | |
| 80. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 81. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 82. FROST NATL BANK | B | Interest | | | Matured | 11-28 | K | | |
| 83. AMERICAN BANK | A | Interest | J | T | | | | | |
| 84. AMERICAN BANK | A | Interest | J | T | | | | | |
| 85. AMERICAN BANK | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AMERICAN BANK | A | Interest | | | Matured | 3-20 | J | | |
| 87. PRIME CARE IPA | | None | J | T | | | | | |
| 88. 9.428562% Int██████████CARD IOVASCULAR IMAGING,L.P. | C | Distribution | K | T | | | | | |
| 89. 9.524%INT███CARDIOVASCULAR IMAGING MGMT,L C | A | Interest | J | T | | | | | |
| 90. TRUST #1 -████████████ REAL ESTATE | D | Rent | | | Transferred (to line 105) | 8-17 | P1 | | |
| 91. VCSP/COLLEGE AMERICA - GROWTH FUND OF AMERICA | B | Dividend | K | T | | | | | |
| 92. VCSP/COLLEGE AMERICA INVEST MENT COMPANY OF AMERICA | B | Dividend | K | T | | | | | |
| 93. AMERICAN BANK | | None | J | T | | | | | |
| 94. FIRST NATL BANK | C | Interest | L | T | | | | | |
| 95. FIRST NATL BANK | A | Interest | J | T | | | | | |
| 96. FROST NATL BANK | A | Interest | J | T | | | | | |
| 97. AMERICAN BANK | A | Int./Div. | | | Matured | 4-20 | J | | |
| 98. AMERICAN PHYSICIANS SRVICE GR OUP INC. COM STOCK | A | Dividend | J | T | | | | | |
| 99. FROST NATL BANK | A | Dividend | J | T | | | | | |
| 100. VCSP/COLLEGE AMERICA GROWTH FUND OF AMERICA | A | Dividend | J | T | OPEN | 8-2 | J | | |
| 101. VCSP/COLLEGE AMERICA INVEST MENT COMPANY OF AMERICA | A | Dividend | J | T | OPEN | 8-2 | J | | |
| 102. NAVY FEDERAL CREDIT UNION | B | Interest | | | Matured | 5-30 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. · | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. EDUCATION TRUST #1 - REAL ESTATE ▓▓▓▓ | | None | K | T | Transferred (from line 105) | 8-17 | K | | |
| 104. EDUCATION TRUST #2 - REAL ESTATE ▓▓▓▓ | | None | K | T | Transferred (from line 105) | 8-17 | K | | |
| 105. ▓▓▓ REALTY LLC - REAL ESTATE | A | Rent | O | W | Transferred (from line 90) | 8-17 | P1 | | |
| 106. BANK OF AMERICA | | None | J | T | Open | 12-4 | J | | |
| 107. 2008 LIFETIME TRUST | | None | K | W | Transferred (from line 105) | 5-16 | K | | |
| 108. FROST BANK | A | Interest | J | T | Open | 5-30 | J | | |
| 109. FROST BANK | A | Interest | J | T | Open | 1-2 | J | | |
| 110. FROST BANK | A | Interest | J | T | Open | 1/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544